**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1983**

---

DEREK MAURICE BETHEL,

Plaintiff - Appellant,

versus

CIVIC DEVELOPMENT GROUP,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Danville. Norman K. Moon, District Judge. (CA-01-54-4)

---

Submitted: November 7, 2002      Decided: November 13, 2002

---

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Derek Maurice Bethel, Appellant Pro Se. Nancy North Delogu, Katherine Anne Goetzl, Stacey L. Hawkins, LITTLER MENDELSON, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derek Maurice Bethel appeals the district court's order granting the Defendant's motion for summary judgment and dismissing his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bethel v. Civic Dev. Group, No. CA-01-54-4 (W.D. Va. July 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2